AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of New Hampshire

FILED - USDC -NH
2021 MAY 18 PM3:13

RECEIVED
MAY 18 2021
US MARSHALS SERVICE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:21-cr-88-PB-01 |
| COREY DONOVAN | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Corey Donovan,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 922(g)(1) - Possession of a Firearm by a Prohibited Person

Date:   05/18/2021

*Issuing officer's signature*

City and state:   Concord, New Hampshire

Erica DiFabio, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/18/21, and the person was arrested on *(date)* 5/18/21
at *(city and state)* Boscawan NH.

Date: 5/18/21

*Arresting officer's signature*

William Tubbs DUSM
*Printed name and title*