AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| COREY DONOVAN ) | Case No. 1:21-CR-00088 |
| ) | |
| *Defendant* ) | |

FILED - USDC -NH
2021 OCT 14 AM 9:07

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Kelley Finnigan
31 New Hampshire Route 4a, Wilmot, NH 03287

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | US District Court<br>55 Pleasant Street<br>Concord, NH 03301 | Courtroom No.: 4 |
|---|---|---|
| | | Date and Time: 10/14/2021 ~~12:00 am~~ 9 am MGS |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
Video of Logan opening his Christmas presents in late January-early February 2021.

(SEAL)

Date: 10/13/2021

CLERK OF COURT

*Vincent L. Negron*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Corey Donovan
_____, who requests this subpoena, are:

Matthew G. Stachowske, 634 Central Ave, Dover, NH 03820

O: (603) 343-6662
C: (603) 770-9045
matthew@stachowskelaw.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:21-CR-00088

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Kelley Finnigan__
was received by me on *(date)* __10/13/21__ .

☑ I served the subpoena by delivering a copy to the named person as follows: __55 Pleasant St. Concord, NH 03301   USMS office__
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/13/21__

__Bud I Mikelson__
*Server's signature*

__Brenda Mikelson__
*Printed name and title*

__55 Pleasant St. Ste 407__
*Server's address*

Additional information regarding attempted service, etc: