UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Corey Donovan

Case No. 21-cr-88-1-PB

VERDICT FORM

I.  Count One.

With regard to the crime described in Count One of the Indictment ("Possession of a Firearm/Ammunition by a Prohibited Person - 18 U.S.C. §§ 922(g)(1)"), we, the jury, find the defendant:

_____  Not Guilty

✓  Guilty

Date: October 15, 2021    Signed: _____
                                          Foreperson