UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| COREY DONOVAN, | ) Case No. 21-cr-00088-PB |
| Defendant | ) |

## GOVERNMENT'S 3rd AMENDED EXHIBIT LIST

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, through his assistants, Charles Rombeau and Anna Z. Krasinski hereby submits the Government's Trial Exhibit List. The government may use in its case-in-chief the following exhibits:

| 100 Series PHYSICAL ITEMS | | DESCRIPTION | FILE IDENTIFIER |
|---|---|---|---|
| 100 | (~~ID~~) | Shotgun case | Exh. 25 |
| 100a | (~~ID~~) | Shotgun barrel | |
| 100b | (~~ID~~) | Plastic cylinder | |
| 100c | (~~ID~~) | Metal cylinder | |
| 100d | (~~ID~~) | Small plastic cylinder | |
| 101 | (~~ID~~) | 1 round of 28-gauge Federal ammunition | Exh. 8 |
| 101a | (~~ID~~) | Bag containing 1 round of 28-gauge Federal ammunition | |
| 102 | (~~ID~~) | Bandolier containing 23 rounds of 28-gauge Federal ammunition | Exh. 26 |
| 102a | (~~ID~~) | Bag containing Bandolier 23 rounds of 28-gauge Federal ammunition | |

1

| 103 | (ID) | Rifle Scope | Exh. 29 |
|---|---|---|---|
| 103a | (ID) | Bag containing rifle scope | |
| ~~104~~ | (ID) | ~~Suspected silencer~~ | ~~Exh. 31~~ |
| ~~104a~~ | (ID) | ~~Bag containing suspected silencer~~ | |
| ~~105~~ | (ID) | ~~Suspected silencer~~ | ~~Exh. 32~~ |
| ~~105a~~ | (ID) | ~~Bag containing suspected silencer~~ | |
| 106 | (ID) | Suspected pump shotgun fore-end | Exh. 30 |
| 106a | (ID) | Bag containing pump shotgun fore-end | |
| 107 | (ID) | Three rounds of 12-gauge Remington ammunition | Exh. 27 |
| 107a | (ID) | Bag containing three rounds of Remington ammunition | |
| 108 | (ID) | Three 20-gauge shotgun hulls | Exh. 28 |
| 108a | (ID) | Bag containing three 20-gauge shotgun hulls | |
| 109 | (ID) | Ammunition Can | |
| 109a | (ID) | Firearm magazine | |
| 109b | (ID) | Bag containing Mossberg accessories | |
| 109c | (ID) | Bag containing cleaning rod | |
| 109d | (ID) | Firearm cleaning kit | |
| 109e | (ID) | Bag containing Mossberg Owner's Manual | |
| 110 | (ID) | Bandolier containing 24 rounds of 28-gauge Federal ammunition | Exh. 7 |
| 110a | (ID) | One round 12-gauge Remington ammunition | Exh. 7 |
| 110b | (ID) | Box containing 25 rounds of 20-gauge Federal ammunition | Exh. 7 |
| 110c | (ID) | Box containing 25 rounds of 20-gauge Federal ammunition | Exh. 7 |
| 110d | (ID) | Bag containing Exh 7 items | |

| | | | |
|---|---|---|---|
| 111 | (ID) | Mossberg shotgun | |
| 112 | (ID) | Bandolier containing 20 rounds of 20-gauge Federal ammunition | Exh. 3 |
| 112a | (ID) | Bag containing bandolier and 20-gauge federal ammunition | |
| 113 | (ID) | 6 rounds of 20-gauge ammunition | Exh 4 |
| 113a | (ID) | Bag contains 6 rounds of 20-gauge ammunition | |
| 114 | (ID) | 4 rounds of 20-gauge ammunition | Exh 5 |
| 114a | (ID) | Bag containing 4 rounds of 20-gauge ammunition | |
| **YEAR 2019 SEIZED ITEMS** | | **DESCRIPTION** | **FILE IDENTIFIER** |
| 115 | (ID) | Andover PD Possessed Property Report | USANH-00002684 |
| 116 | (ID) | Gun cleaning kit from 2019 seizure, item JPM2 7H | USANH-00000829 |
| 117 | (ID) | Scope from 2019 seizure, item JPM2 7J | USANH-00000831 |
| **200 Series SECURITY CAMERA** | | **DESCRIPTION** | **FILE IDENTIFIER** |
| 200 | (ID) | Full_CH2_03-25-2021_221500_03-25-2021_223000_ID11200.AVI | |
| 200a | (ID) | Clip 1 (3:14-5:23) 14:34-15:00 | |
| 200b | (ID) | Clip 2 (14:34-15:00) | |
| 201 | (ID) | Full_CH2_03-26-2021_004500_03-26-2021_010000_ID11220.AVI | |
| 201a | (ID) | Clip 1 (2:56-3:34) | |
| 201b | (ID) | Clip 2 (11:58-end) | |
| 202 | (ID) | Full_CH2_03-26-2021_010000_03-26-2021_011500_ID11223.AVI | |
| 202a | (ID) | Clip 1 (beginning – 1:44) | |

| | | | |
|---|---|---|---|
| 202b | (ID) | Clip 2 (4:35-5:08) | |
| 203 | (ID) | Full_CH2_03-26-2021_014500_03-26-2021_020000_ID11228.AVI | |
| 203a | (ID) | Clip 1 (:39-2:26) | |
| 203b | (ID) | Clip 2 (8:43-end) | |
| 204 | (ID) | Full_CH2_03-26-2021_020000_03-26-2021_021500_ID11230.AVI | |
| 204a | (ID) | Clip 1 (Beginning-2:04) | |
| 204b | (ID) | Clip 2 (6:42-9:41) | |
| 205 | (ID) | Full_CH2_03-26-2021_021500_03-26-2021_024500_ID11234.AVI | |
| 205a | (ID) | Clip 1 (27:06-28:02) | |
| 206 | (ID) | Full_CH2_03-26-2021_040000_03-26-2021_041500_Processed.mp4 | |
| 206a | (ID) | Clip 1 (4:31-5:11) | |
| 207 | (ID) | Full_CH2_03-26-2021_0400123_03-26-2021_040527_Processed.mp4 | |
| ~~208~~ | ~~(ID)~~ | ~~Full_Video chat between Donovan & Finnegan_09-28-2021~~ | |
| ~~208a~~ | ~~(ID)~~ | ~~Clip 1 (10:23-10:55)~~ | |
| 209 | (ID) | CH2_03-25-2021_210000_03-25-2021_211500_ID11191.AVI | |
| 209a | (ID) | Clip 1 (0:00-1:20) | |
| 209b | (ID) | Clip 2 (3:00-end ) | |
| **300 Series** **SEARCH PHOTOS** | | **DESCRIPTION** | **FILE IDENTIFIER** |
| 300 | (ID) | Photograph – Jeep | DSC_0028.jpg USANH-00000293 |

4

| 301 | (ID) ✗ | Photograph – Jeep Registration | Donovan.reg.jpg USANH-00000265 |
| --- | --- | --- | --- |
| 302 | (ID) ✗ | Photograph – Jeep interior | DSC_0034.jpg USANH-00000299 |
| 303 | (ID) ✗ | Photograph – Jeep interior | DSC_0036.jpg USANH-00000301 |
| 304 | (ID) ✗ | Photograph – shotgun | DSC_0037.jpg USANH-00000302 |
| 305 | (ID) ✗ | Photograph – shotgun | DSC_0038.jpg USANH-00000303 |
| 306 | (ID) ✗ | Photograph – shotgun | Shotgun.make.jpg USANH-00000312 |
| 307 | (ID) ✗ | Photograph – shotgun | Donovan.shotgun.jpg USANH-00000264 |
| 308 | (ID) ✗ | Photograph – gun case with ammo | DSC_0001.jpg USANH-00000266 |
| 309 | (ID) ✗ | Photograph – gun case with ammo | DSC_0002.jpg USANH-00000267 |
| 310 | (ID) ✗ | Photograph – 3 vehicles at residence | DSC_0015.jpg USANH-00000280 |
| 311 | (ID) ✗ | Photograph – Hyundai Accent | DSC_0025.jpg USANH-00000291 |
| 312 | (ID) ✗ | Photograph – Hyundai Accent | DSC_0026.jpg USANH-00000290 |
| 313 | (ID) | Photograph – Hyundai Accent | DSC_0030.jpg USANH-00000295 |
| 314 | (ID) | Photograph – Items from Hyundai Accent | DSC_0032.jpg USANH-00000297 |
| 315 | (ID) ✗ | Photograph – Items from Hyundai Accent | DSC_0033.jpg USANH-00000298 |
| 316 | (ID) | Photograph – Utility bill in Donovan's name | DSC_0068.jpg USANH-00000444 |
| 317 | (ID) | Photograph – Mail in Donovan's name | DSC_0070.jpg USANH-00000446 |

| 318 | (ID) | Photograph – Interior garage view | DSC_0091.jpg<br>USANH-00000467 |
|---|---|---|---|
| 319 | (ID) | Photograph – Remington ammunition box | DSC_0092.jpg<br>USANH-00000468 |
| 320 | (ID) | Photograph – Itemized seized weapons | USANH-00000152 |
| 321 | (ID) | Photograph – Sketch of property | USANH-00000192 |
| 322 | ~~(ID)~~ | Photograph – 3/16/21 Grid, Wilmot, NH | USANH-00002685 |
| 323 | (ID) | Photograph – 3/16/21 Wilmot, NH address overview | USANH-00002683 |
| 324 | ~~(ID)~~ | Video_Search Warrant execution of barn | M2U00001 |
| **400 Series – RECORDINGS TO PROBATION** | | **DESCRIPTION** | **FILE IDENTIFIER** |
| 400 | (ID) | Video to Probation Officer | USANH-00000153 |
| 400a | (ID) | Video clip (00:48-to 2:56) | |
| 401 | (ID) | Voicemail to Probation Officer | USANH-00000154 |
| **500 Series ITEM 17 CELL PHONE** | | **DESCRIPTION** | **FILE IDENTIFIER** |
| 500 | ~~(ID)~~ | Cellebrite Extraction Report – preliminary device report | |
| 501 | ~~(ID)~~ | Cellebrite Extraction Report – redacted texts with Corey | |
| 501a | ~~(ID)~~ | Photograph – Finnegan & Donovan in room | |
| 501b | ~~(ID)~~ | Photograph – Finnegan & Donovan collage | |
| 501c | ~~(ID)~~ | Photograph – Donovan pointing to eye | |
| 502 | ~~(ID)~~ | Cellebrite Extraction Report – redacted images | |
| 502a | ~~(ID)~~ | Photograph – image 5005_1<br>Masked driver in Jeep | |

| | | | |
|---|---|---|---|
| 502b | (ID) | Photograph – image 5005_2<br>Masked driver in Jeep | |
| 502c | (ID) | Photograph – image 5005_3<br>Masked driver with gun tattoo | |
| 502d | (ID) | Photograph – image 5005_4<br>Donovan in Jeep driver side | |
| 502e | (ID) | Photograph – image 5005_5<br>Masked in Jeep driver side | |
| 502f | (ID) | Photograph – image 5005_6<br>Masked driver with gun tattoo with Finnegan | |
| 502g | (ID) | Photograph – image 5005_7<br>Jeep driver side window view | |
| 502h | (ID) | Photograph – image 5005_8<br>Masked driver in Jeep with Finnegan | |
| 502i | (ID) | Photograph – image 5005_10<br>Masked driver side window view | |
| 502j | (ID) | Photograph – image 5005_11<br>Donovan & Finnigan in car | |
| 502k | (ID) | Photograph – image 5005_12<br>Masked driver in Jeep | |
| 502l | (ID) | Photograph – image 5005_13<br>Donovan with lizard on shoulder | |
| 502m | (ID) | Photograph – image 5005_14<br>Donovan in workshop | |
| 502n | (ID) | Photograph – image 5005_15<br>Donovan & Finnegan in car | |
| 502o | (ID) | Photograph – image 5005_17<br>Donovan in Jeep driver side | |
| 502p | (ID) | Photograph – image 5005_18<br>Donovan in workshop | |
| 502q | (ID) | Photograph – image 5005_19<br>Donovan in Jeep driver side | |
| 502r | (ID) | Photograph – image 5005_20<br>Masked driver in Jeep with Finnegan | |
| 502s | (ID) | Photograph – image 5005_21 | |

|  |  | Masked driver in Jeep |  |
| --- | --- | --- | --- |
| 502t | (ID) | Photograph – image 5005_22<br>Masked driver in Jeep |  |
| 502u | (ID) | Photograph – image 5005_23<br>Donovan in Jeep driver side |  |
| 502v | (ID) | Photograph – image 5005_24<br>Masked driver in Jeep with Finnegan |  |
| 502w | (ID) | Photograph – image 5005_25<br>Donovan in Jeep driver side |  |
| **600 Series**<br>**PHOTOGRAPHS OF SHOTGUN** |  | **DESCRIPTION** | **FILE IDENTIFIER** |
| 600 | (ID) | Photograph of shotgun (in box after seizure) | USANH-00000150 |
| 601 | (ID) | Photograph of manufacturer's markings on shotgun | USANH-00000149 |
| 602 | (ID) | Photograph of serial number on shotgun | USANH-00000151 |
| **700 Series**<br>**STIPULATIONS** |  | **DESCRIPTION** | **FILE IDENTIFIER** |
| 700 |  | Stipulation – felony conviction |  |
| 701 |  | Stipulation – Interstate Nexus Determination |  |
| **800 Series**<br>**FELONY CONVICTION** |  | **DESCRIPTION** | **FILE IDENTIFIER** |
| 800 | (ID) | Certified Copy of Judgment, *US v. Donovan*, 07-CR-130-01-SM | USANH-00001822 |
| 801 | (ID) | Certified Copy of Plea Agreement, *US v. Donovan*, 07-CR-130-01-SM | USANH-00001828 |
| 802 | (ID) | Transcript of Change of Plea Hearing, *US v. Donovan*, 07-CR-130-01-SM | USANH-00001927 |
| 803 | (ID) | Firearms & Dangerous Weapons Prohibition Form | USANH-00001867 |

901 VIDEO OF DONOVAN
902 VIDEO OF DONOVAN
904 PHOTO – DEER
905 PHOTO – Kelley – closet
907 PHOTO – Kelley – nightstand
908 Video – gun case

8

Respectfully submitted,

JOHN J. FARLEY
Acting United States Attorney

Dated: October 12, 2021    By: */s/ Charles L. Rombeau*
Charles L. Rombeau
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Bar No. NY 4326500
Concord, New Hampshire 03301
(603) 225-1552
Charles.Rombeau@usdoj.gov

and

By: */s/ Anna Z. Krasinski*
Anna Z. Krasinski
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Bar No. WV 12762
Concord, New Hampshire 03301
(603) 225-1552
Anna.Krasinski@usdoj.gov