# Notice of Conventional Filing

## 21-CR-88-PB

# ATTACHMENT 4

Cumberland Farm Surveillance Video 2 (Back Parking)