UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | : | Criminal Case No. 21-cr-88-PB |
| --- | --- | --- |
| v. | : | No. 07-cr-130-PB |
| COREY DONOVAN | : | |

## UNITED STATES' AMENDED SENTENCING EXHIBIT LIST

The United States of America, by Jane E. Young, United States Attorney for the District of New Hampshire, submits hereby submits its Amended Exhibit List for the consolidated sentencing scheduled for Tuesday, January 3, 2023.

The government intends to introduce all or some of the following exhibits:

| 1 | ☒ | Photo of bows and blades on table (also docketed at Dkt. No. 86-1) |
| --- | --- | --- |
| 2 | ID | Jan 21, 2021 Admission of controlled substances (also docketed at Dkt. No. 86-2) |
| 3 | ID | US Probation – Firearm and Dangerous Weapons Prohibition (also docketed at Dkt. No. 86-3) |
| 4 | ID | 9/27/2021 Report of Gregory Stimmel (also docketed at Dkt. No. 88-1) |
| 4A-4G | ☒ | 9/27/2021 Report of Gregory Stimmel (also docketed at Dkt. No. 88-1) |
| 5 | ID | Curriculum Vitae of Gregory Stimmel |
| 6 | ID | 9/1/2021 Report of Cindy Wallace |
| 7 | ID | Curriculum Vitae of Cindy Wallace |
| 8 | ☒ | Photos of Silencers during Search Warrant on March 26, 2021 |
| 9 | ☒ | Physical Exhibit – modified Fram PH8A Oil Filter |
| 10 | ☒ | Physical Exhibit – modified Fram PH7317 Oil Filter |

Dated: January 3, 2023

Respectfully submitted,

JANE E. YOUNG
United States Attorney

By: /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
anna.krasinski@usdoj.gov

I certify a copy of this exhibit list will be sent to Donna Brown, counsel for the defendant, via email.

By: /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney