UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | * |
| | * |
| v. | * No. 21-cr-88-PB |
| | * No. 07-cr-130-PB |
| | * |
| COREY DONOVAN | * |
| | * |

## AMENDED - DEFENDANT'S SENTENCING EXHIBIT LIST

Corey Donovan, Donna J. Brown of Wadleigh, Starr and Peters, PLLC, hereby submits its Exhibit List for the consolidated sentencing scheduled for Tuesday, January 3, 2023.

| A | ID | Photo – Agent with Shotgun |
|---|---|---|
| B | ID | Photo – Full Photo of Mossberg Shotgun |
| C | ~~ID~~ | Photo – Closeup of End of Mossberg Shotgun |
| D | ID | Photo – Multiple Vehicles on Property |
| E | ID | Video – Execution of Search Warrant in Barn/Shop |
| F | ID | Document – Copy of Expert Disclosure to Government |
| G | ID | Document – Copy of CV of Defense Expert Ralph Demicco |
| H | ~~ID~~ | Photo – Photo of Ruger used for decibel testing |
| I | ID | Document – Copy of Expert Disclosure (Signed) |
| J | ~~ID~~ | Document – Sound Comparison Report |

Respectfully submitted,
Corey Donovan
By counsel

Dated: January 3, 2023

/s/ Donna J. Brown
Donna J. Brown
NH Bar ID 387
Wadleigh, Starr & Peters, PLLC

95 Market St.
Manchester, NH 03101
(603) 669-4140
dbrown@wadleighlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Motion was sent by email AUSA Anna Krasinski and Charles Rombeau on this 3rd day of January 2023.

/s/ Donna J. Brown
Donna J. Brown