**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

USA

**FILED**

Corey Dunavan
v.

Case # 21cr 88-01PB

**EXHIBITS**

OFFERED BY: Defendant

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | USDOJ Letter to Matthew Stachowske, Esq. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**USDCNH-25 (2-96)**