# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UST

**v.** Corey Danvir

Case # 21cr88-01PB

**FILED**

# EXHIBITS

**OFFERED BY:** Government

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Email between Government & Attorney Stachowske |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

USDCNH-25 (2-96)