UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | : | Criminal Case No. 21-cr-88-PB |
|---|---|---|
| v. | : | |
| COREY DONOVAN | : | |

## UNITED STATES' AMENDED EXHIBIT LIST FOR HEARING

The United States of America, by Jane E. Young, United States Attorney for the District of New Hampshire, submits hereby submits its Amended Exhibit List for the continued motion hearing on March 27, 2023. This List shall supersede the list docketed at No. 103. The government may introduce all or some of the following exhibits:

| 1 | ID | Emails between Government and Attorney Stachowske *(admitted at February 24, 2023 hearing)* |
|---|---|---|
| 2 | ID | Sept. 21, 2021 Memorandum of Understanding *(previously docketed at No. 79-1)* |
| 3 | ID | Sept. 24, 2021 (produced Sept. 27, 2021) Discovery Letter and Inventory *(previously docketed at No. 77-9)* |
| 4 | ID | Screenshots of Government Discovery Production |
| 5 | ID | Sept. 27, 2021 USAFx Download Confirmation Emails |

Dated: March 23, 2023

Respectfully submitted,

JANE E. YOUNG
United States Attorney

By: /s/ Charles L. Rombeau
Charles L. Rombeau
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
charles.rombeau@usdoj.gov