United States District Court
District of New Hampshire

COREY DONOVAN
v.                                    21-CR-88-PB
United States of America

MOTION FOR APPOINTMENT
of Counsel DONNA BROWN

NOW comes COREY DONOVAN, PRO SE who Humbly requests the following:

Appointment of Counsel to assist me in submitting a 2255, as the issues are uncommonly complex, and as DONNA Brown is already familiar to the case, this would speed the economy of the courts.

TURN →

Appointment of counsel would also be in the interest of Justice, since Judge Barbadoro, said over, & over that certain Things/issues will have to Be addressed in 2255. I don't have ANY of my paperwork or transcripts or I'd quote & cite the statements/issues.

Also I only have access to rubber pencils, only I don't think it appropriate to file a 2255 like this. I only have 1 shot at this & can't do it on my own.

please Help me

Corey DONOVAN
09861-049
FCI-2 BUTNER
PO BOX 1500
Butner NC 27509

Re: 21-CR-88-PB

FILED - USDC - NH
2024 OCT 29 AM 11:48

Dear Clerk of Court

Sorry about the Rubber pencil, but it is all I am allowed Here.

My Name is COREY DONOVAN, I want to file a 2255 and am asking that you send me the necessary paperwork & FORMS Please.

I am also requesting that Attorney DONNA BROWN be assigned to assist me as the issues are COMPLEX and & have No Access to any

TURN →

my Records & files
It would be in the
interest of Justice & promote
the economy of the courts
time.

Please send me 2255
paperwork and Please Can
DONNA BROWN Help me to be
able to submit & pursue this
Requesting appointment of
Counsel in the interest of
JUSTICE

Also, please make sure to
wash your Hands after handling
this as this Prison is FULL of
Blight mold. I have pictures
and video documentation of
some of this. I intend to
Provide those to the courts
                                    NEXT →

at a later point in time. After you scan this in — make sure you WASH YOUR Hands. I think it's more of a long term exposure thing, but I just wanted to give you a heads up, out of respect and concern. One of the men here, well his Dad died from Black mold this year. It got into his sinus, moved into his brain & he died within 2 weeks.

Included with this is an motion for appointment of counsel. DONNA had advised me to request her appointment, as she has already done most of the research & is ready to litigate the issues.

please help me

sincerely,

Corey Donovan Antich

CORY DONOVAN 01841 0449

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*

*Butner, North Carolina 27509*

- ☐ Federal Medical Center
  P.O. Box 1600
- ☒ Federal Correctional Institution II
  P.O. Box 1500
- ☐ Federal Correctional Institution
  P.O. Box 1000
- ☐ Low Security Correctional Institution
  P.O. Box 999

Official Business

RALEIGH NC 275
Research Triangle Region
23 OCT 2024 PM 6 L

United States District
District of NH court
55 pleasant st
Concord NH
03301

Privileged legal mail